# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00613-CV

**Clayton McBryde, Appellant**

v.

**Grande Communications, Inc.; The City of Austin d/b/a Austin Energy; The City of Austin d/b/a Austin Energy Ventures; The City of Austin d/b/a Austin Energy Services; The City of Austin d/b/a Austin Energy Products; et al., Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
NO. GN301906, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant has filed an unopposed motion to dismiss.  We grant the motion and dismiss the appeal.  Tex. R. App. P. 42.1(a)(2).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed on Appellant's Motion

Filed:  April 2, 2007